UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HAYLEY SHELTON, on behalf of herself and others similarly situated, | * * * |
| | * NO. 3:18-cv-00558 |
| Plaintiff, | * |
| | * JURY DEMANDED |
| v. | * |
| | * |
| NOVACOPY, INC. and NOVATECH, INC., | * * |
| | * |
| Defendants. | * |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DONNA J. MIKEL

The undersigned counsel for Plaintiff Hayley Shelton, hereby moves for admission of Donna J. Mikel to appear *pro hac vice* in this action. Donna J. Mikel is a member in good standing from the United States District Court for the Eastern District of Tennessee. Attached is a Certificate of Good Standing from that Court.

        Respectfully submitted,

        BURNETTE, DOBSON & PINCHAK

        By:   s/ *H. Eric Burnette*
             Donna J. Mikel, Esq.
             H. Eric Burnette, Esq.
             Attorneys for Plaintiff
             711 Cherry Street
             Chattanooga, TN 37402
             Phone: (423) 266-2121
             Email: dmikel@bdplawfirm.com
             Email: eburnette@bdplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    By:   s/ *H. Eric Burnette*