**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| HAYLEY SHELTON, | ) | |
| | ) | NO. 3:18-cv-00558 |
| Plaintiff, | ) | |
| | ) | DISTRICT JUDGE CRENSHAW, JR. |
| v. | ) | |
| | ) | MAGISTRATE JUDGE NEWBERN |
| NOVACOPY, INC. and | ) | |
| NOVATECH, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below, the parties hereby stipulate to the dismissal of this matter, with prejudice. Defendant agrees to the voluntary dismissal of this case on the condition that it is dismissed with prejudice, and Plaintiff agrees to such designation of the dismissal.

Thus, it appearing the parties have resolved this matter and agree to dismissal of this matter with prejudice, it is

ORDERED that this matter is dismissed with prejudice, and each party shall bear its own costs of litigation, including court costs.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1

Approved for entry

BURNETTE, DOBSON & PINCHAK


By: ___s/ *Donna J. Mikel*_____
       Donna J. Mikel, PHV BPR#020777
       dmikel@bdplawfirm.com
       H. Eric Burnette, BPR#024342
       eburnette@bdplawfirm.com
       Attorneys for Plaintiff
       711 Cherry Street
       Chattanooga, TN 37402
       Phone: (423) 266-2121
       Fax: (423) 266-3324

       *Counsel for Plaintiff*




CONSTANGY, BROOKS, SMITH
 & PROPHETE, LLP


By: __s/ *Mary Dohner Smith*_____
       Mary Dohner Smith, BPR#021451
       mdohner@constangy.com
       Stephanie Chavez, BPR 35080
       schavez@constangy.com
       401 Commerce Street, Suite 1010
       Nashville, TN 37219
       Phone: (615) 320-5200
       Fax: (615) 321-5891

       *Counsel for Defendant*

2